ACCEPTED
06-14-00138-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/25/2015 12:07:17 PM
DEBBIE AUTREY
CLERK

## IN THE SIXTH COURT OF APPEALS FOR THE STATE OF TEXAS

**JAMIE LEE BLEDSOE,**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/25/2015 12:07:17 PM
DEBBIE AUTREY
Clerk

v.

NO. **06-14-00138-CR**

**THE STATE OF TEXAS**

---

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

---

TO THE HONORABLE JUSTICES OF THE SIXTH COURT OF APPEALS:

COMES NOW, Jaime Lee Bledsoe, and files this his Motion for Extension of Time to File Appellant's Brief, pursuant to Rules 9 and 10 of the Texas Rules of Appellate Procedure, and in support thereof, would show the Court the following.

### I.

Appellant was convicted by a jury of the felony offense of Burglary of a Building that was enhanced and sentenced to twenty years confinement on July 23, 2014.

### II.

This Honorable Court of Appeals granted prior appellate counsels' motion to withdraw on June 4, 2015, and entered an order requiring the trial court to appoint new counsel to address issues stated in that order.

Current counsel was appointed 5June 2015 by the trial court.

The Court of Appeals ordered appellant's brief due on or before 6 July 2015.

### III.

Appellant's attorney seeks additional time to file his brief for the following reasons: Counsel is currently preparing for the following contested matters-

25 June 2015   State v. Deidra Raymond, No. 14-0427X 71st District Court Suppression Hearing

26 June 2015   State v. Ronald Wallingford, No. 2015-0167, County Court at Law of Harrison County, Suppression Hearing

29 June 2015   State v. Durand Sessions, No. 150044X; 71st District Court, Suppression Hearing
               State v. Mickey Miller, No. 15-0058X; 71st District Court, Discovery Hearing

2 July 2015   State v. Jerome Anderson, No. 12-0427X; 71st District Court, Hearing on Motion for New Trial

6 July 2015   State v. Ronald Wallingford, No. 2015-0167, County Court at Law of Harrison County, Jury Trial

## PRAYER

Wherefore, premises considered, undersigned counsel prays for this Court to extend the time for filing. Appellant's brief until 6 August 2015 which is thirty days form the current deadline.

Respectfully submitted;

Robert L. Cole, Jr.
409 N. Fredonia, Suite 101
Longview, TX 75601
TEL: (903) 236-6288
FAX: (903) 236-5441
SBOT #: 04547800

By affixing my signature below, I, Robert Lee Cole, Jr. hereby certify that a true copy of Motion for Extension of Time to File Appellant's Brief has been hand delivered to:

Johnathan Hyatt
Harrison County District Attorney's Office
200 West Houston Street
Marshall, TX 75671

On this day, 25 June 2015

Robert L. Cole, Jr